**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MAE REED**                                                                  **PLAINTIFF**

**VS.**                                      **NO. 5:03CV00480**

**LENNOX INDUSTRIES, INC.**                                  **DEFENDANT**

**ORDER**

     Pending is Plaintiff's motion to quash notices to take depositions. (Docket # 33). Defendant has responded to the motion and asks the Court to compel the attendance of the witnesses or, in the alternative, to strike the witnesses. The Court has been advised that the parties have reached an agreement regarding an alternative date on which to conduct the depositions at issue in the motion to quash.

     Accordingly, Plaintiff's motion, docket # 33, is denied as moot. Defendant's request to compel the attendance of the witnesses or, in the alternative, to strike the witnesses is also denied as moot, docket # 34.

     IT IS SO ORDERED this 29th day of November, 2005.


                                                          James M. Moody
                                                          United States District Judge